STATE OF MINNESOTA

IN SUPREME COURT

A13-1548

In re Petition for Disciplinary Action against
Willie Herman Davis, Jr., a Minnesota Attorney,
Registration No. 298384.

ORDER

By order filed on May 8, 2014, we suspended respondent Willie Herman Davis, Jr., from the practice of law for a minimum of 120 days, effective 14 days from the date of the filing of the order. Respondent has filed an affidavit seeking reinstatement in which he states that he has complied with the conditions for reinstatement imposed by the court. Respondent's affidavit does not state that respondent has successfully completed the professional responsibility portion of the state bar examination, nor has respondent filed with the Clerk of Appellate Courts proof that he has successfully completed the professional responsibility portion of the state bar examination. The Director of the Office of Lawyers Professional Responsibility does not oppose the request.

Based upon all the files, records, and proceedings herein,

IT IS HEREBY ORDERED that:

1.      Respondent Willie Herman Davis, Jr., is conditionally reinstated to the practice of law in the State of Minnesota, subject to his successful completion of the professional responsibility portion of the state bar examination, and is placed on disciplinary probation for 7 years subject to the following terms and conditions:

1

(a)     Respondent shall cooperate fully with the Director's Office in its efforts to monitor compliance with his probation and promptly respond to the Director's correspondence by the due date. Respondent shall provide the Director with a current mailing address and shall immediately notify the Director of any change of address. Respondent shall cooperate with the Director's investigation of any allegations of unprofessional conduct that may come to the Director's attention. Upon the Director's request, respondent shall provide authorization for release of information and documentation to verify compliance with the terms of this probation; and

(b)     Respondent shall abide by the Minnesota Rules of Professional Conduct.

2.      By May 8, 2015, respondent shall comply with Rule 18(e)(3), Rules on Lawyers Professional Responsibility (RLPR), by filing with the Clerk of Appellate Courts and serving upon the Director proof of respondent's successful completion of the professional responsibility portion of the state bar examination. Failure to do so shall result in automatic re-suspension pending proof of successful completion of the examination, pursuant to Rule 18(e)(3), RLPR.

Dated: October 3, 2014

BY THE COURT:

Alan C. Page
Associate Justice

2